IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Djhon Edouard, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER SETTING MID-DISCOVERY** |
| vs. ) | **STATUS CONFERENCE** |
| ) | |
| Linda Schumacher, an individual; ) | |
| Penske Truck Leasing Corp., a Delaware ) | |
| corporation, and Tashkent, LLC, ) | |
| a Maryland limited liability company ) | Case No. 1:24-cv-245 |
| ) | |
| Defendants. ) | |

**IT IS ORDERED**:

A mid-discovery status conference will be held on August 21, 2025, at 9:00 AM before the magistrate judge by telephone. To participate in the conference, the parties shall call (571) 353-2301 and enter "Call ID" 292466149. The conference may be recorded for the convenience of the court.

Dated this 15th day of April, 2025.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court