# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Djhon Edouard, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Linda Schumacher, an individual; )<br>Penske Truck Leasing Corp., a Delaware )<br>Corporation; and Tashkent, LLC, a )<br>Maryland limited liability company, )<br>)<br>Defendants. ) | **ORDER FOR STATUS CONFERENCE**<br><br><br><br><br><br><br><br>Case No. 1:24-cv-00245 |

**IT IS ORDERED**:

A status conference will be held on October 1, 2025, at 10:00 AM CT before the magistrate judge by telephone to discuss the status of the case and entry of default against Tashkent, LLC. To participate in the conference, the parties shall call (571) 353-2301 and enter "Call ID" 292466149. The conference may be recorded for the convenience of the court.

Dated this 27th day of August, 2025.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court
