**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| Djhon Edouard, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | Case No. 1:24-cr-245 |
| Linda Schumacher, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff initiated the above-captioned action by complaint on December 6, 2024. (Doc. No. 1). On application by Plaintiff, the Clerk's office entered default against Defendant Tashkent, LLC (Tashkent) on March 18, 2025. (Doc. No. 14). Plaintiff subsequently settled his claims against Defendants Penske Truck Leasing Corp. (Penske) and Linda Schumacher. (Doc. Nos. 24, 27, 32 through 37). Meanwhile, Penske voluntarily dismissed its cross-claim against Tashkent.

On October 1, 2025, the undersigned held a telephone conference with Plaintiff to discuss the trial of his claim against the only remaining Defendant, Tashkent. During the conference, Plaintiff took the position that a jury trial on the issue of damages was necessary regardless of Tashkent's default. At the close of the conference, the court directed Plaintiff to brief this issue. Consequently, on October 21, 2025, Plaintiff filed a Memorandum Regarding Trial of Defaulted Defendant Tashkent. (Doc. No. 35).

The trial is presently scheduled to begin October 26, 2026, at 9:30 AM in Bismarck. (Doc. No. 39). The undersigned shall hold a status conference with Plaintiff by telephone on October 7, 2026, at 11:00 AM CDT to discuss, *inter alia*, the viability of that trial date. To participate, Plaintiff should call (571) 353-2301 and enter access code 292466149 followed by # when prompted

to enter the "Call ID."

**IT IS SO ORDERED.**

Dated this 6th day of October, 2026.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court