**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| Djhon Edouard, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Linda Schumacher, et al., | ) | Case No. 1:24-cr-245 |
| | ) | |
| Defendants. | ) | |

---

Plaintiff has settled his claims against Defendants Penske Truck Leasing Corp. and Linda Schumacher. On application of Defendant, the Clerk's office has entered default against Defendant Tashkent, LLC.

The final pretrial conference and jury trial in this case are respectively scheduled for October 13 and 26, 2026. On October 7, 2026, the court held a status conference with Plaintiff to discuss his claim against Tashkent, LLC, and the upcoming jury trial. Pursuant to its discussion with Plaintiff, the final pretrial conference and jury trial scheduled for October 13 and 26, 2026, are cancelled.

**IT IS SO ORDERED.**

Dated this 7th day of October, 2026.

*<u>/s/ Clare R. Hochhalter</u>*
Clare R. Hochhalter, Magistrate Judge
United States District